## Office of the Standing Chapter 13 Trustee

Thomas D. Powers
105 Decker Ct
Suite 1150 11Th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**Debtor:** SHAMELYA MARIE ETIER
**Date:** 10/16/2024
**Case #:** 24-32921-MVL-13     **1st Payment Date:** 10/24/2024

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

NOTICE IS HEREBY GIVEN to the herein named Debtor and Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 Case for dismissal for the following reasons(s):

( X ) Debtor's Authorization for Adequate Protection Disbursements was not filed within 14 days of the Petition date (See also Paragraph 3b of Standing Order 2023-04 below).

( X ) Debtor failed to file the following documents required by Sections 521(a)(1) and/or 521(b) of the Bankruptcy Code within 14 days of the filing of the Petition date (See also Paragraph 3a of Standing Order 2023-04below):

  ( X ) Chapter 13 Statement of Current Monthly Income (Form 122C-1) & Calculation of Commitment Period.

  ( X ) Debtor did not supply a complete copy of all payment advices or other evidence of payment received within 60 days before the filing of the Petition to the Trustee.

Standing Order 2023-04 Section 3 provides:

**"DISMISSAL WITHOUT FURTHER NOTICE**. A Chapter 13 Petition may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsection "a", "b", "c", "d-1", "d-2", "d-3", or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel, and without further notice unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

a. The Debtor did not file all documents required by Sections 521(a)(1) and 521(b) of the Bankruptcy Code Within 14 days of the Petition Date, unless within such time the Debtor filed a motion to extend such time; or

b. The Debtor did not file with the petition or serve on all scheduled creditors (or to be scheduled creditors if the schedules have not yet been filed), a Plan as required by Section 1321 of the Bankruptcy Code and Fed. R. Bankr. P. 3015(b) and an Authorization for Adequate Protection Disbursement as required herein on forms prescribed by the Trustee within 14 days of the Petition Date, unless within such time(s) the Debtor filed with the Clerk and served on all scheduled creditors (or to be scheduled creditors) a motion to extend such time(s);

**This case is subject to dismissal 7 days from the filing of this notice with the Court. Pursuant to Section 3, Paragraph b of Standing Order 2023-04, a copy of the paperwork must be served on the Trustee. This Notice of Intent will not be withdrawn unless the requested paperwork is received.**

Case No: 24-32921-MVL-13
**Debtor Name: SHAMELYA MARIE ETIER**
**Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal, Page 2**

# Certificate of Service

Mailed herein to the named Debtor and Debtor's Attorney at the address listed below on October 16, 2024

By:    Bill Robins
        105 Decker Ct, Suite 1150 11Th Floor, Irving, TX  75062
        (214) 855-9200

Debtor:    Shamelya Marie Etier, 501 E Oates Drive, Lockbox 496302, Garland, Tx  75049

\*\*Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.